ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| AECOM Management Services, Inc. | ) | ASBCA Nos. 62612, 62613, 62795 |
| | ) | |
| Under Contract No. W58RGZ-19-F-0301 | ) | |

APPEARANCES FOR THE APPELLANT:　　Terry L. Elling, Esq.
　　　　　　　　　　　　　　　　　　Amy L. Fuentes, Esq.
　　　　　　　　　　　　　　　　　　 Holland & Knight
　　　　　　　　　　　　　　　　　　 Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:　Scott N. Flesch, Esq.
　　　　　　　　　　　　　　　　　　 Army Chief Trial Attorney
　　　　　　　　　　　　　　　　　　CPT Michael Brown, JA
　　　　　　　　　　　　　　　　　　MAJ Seth Ritzman, JA
　　　　　　　　　　　　　　　　　　James D. Stephens, Esq.
　　　　　　　　　　　　　　　　　　 Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. These appeals are dismissed with prejudice.

Dated: April 20, 2022

_____
DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62612, 62613, 62795, Appeals of AECOM Management Services, Inc., rendered in conformance with the Board's Charter.

Dated: April 20, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals